FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV -5 AM 11: 36
CLERK TRB
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

VANESSA COOPER AND )
SAVANNAH-CHATHAM FAIR )
HOUSING COUNCIL, INC., )
)
    Plaintiffs, )
)
v. ) CV418-131
)
PIERCE PLAZA, LLC, d/b/a )
Hampstead Oaks Apts., and )
MARTIN H. BAILEY, )
)
    Defendants. )

## ORDER

The parties' consent motion for a three-day extension of time to telephonically meet and confer for preparation of their Joint Status Report (doc. 14) is **GRANTED**. The parties shall file their Joint Status Report by end of day November 2, 2018. *nunc pro tunc.*

**SO ORDERED**, this 5th day of ~~October~~ November, 2018.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA