IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
VANESSA COOPER, and SAVANNAH  )
CHATHAM COUNTY FAIR HOUSING   )
COUNCIL, INC.,                )
                              )
      Plaintiffs,             )
                              )
v.                            )   CASE NO. CV418-131
                              )
PIERCE PLAZA, LLC d/b/a       )
Hampstead Oaks Apartments,    )
and MARTIN H. BAILEY,         )
                              )
      Defendants.             )
_____)
```

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 22.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As Plaintiff Savannah Chatham County Fair Housing Council, Inc. has dismissed with prejudice all claims it has against Defendants (Doc. 22 at 1), Plaintiff Savannah Chatham County Fair Housing Council, Inc. is **DISMISSED WITH PREJUDICE** from this action. Savannah Chatham County Fair Housing Council, Inc. and Defendants are to bear their own

costs and attorney fees. Plaintiff Vanessa Cooper remains in this action as the sole Plaintiff.

SO ORDERED this 20th day of March 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA