# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

VANESSA COOPER                    )
                                  )
    Plaintiff,            )
                                  )
v.                                )           CV418-131
                                  )
PIERCE PLAZA, LLC, d/b/a          )
Hampstead Oaks Apts. *and*        )
MARTIN H. BAILEY,                 )
                                  )
    Defendants.          )

## **ORDER**

Defendants seek to compel discovery responses and mandatory fees pursuant to Fed. R. Civ. P. 26 & 37. Doc. 23. Because plaintiff appeared to be proceeding *pro se* but had not meaningfully responded to or supplemented the deficient discovery responses submitted while she was still represented, the Court ordered her to both respond to the outstanding discovery request and inform the Court about her desire to continue prosecuting this case. Doc. 25. Plaintiff timely responded, explaining that she intends to proceed *pro se*, that she had responded to defendants' discovery requests, and that she opposed an award of fees under Rule 37. Docs. 27 & 28.

Given her timely response, the Order to Show Cause (doc. 25) is **VACATED**. Defendants are **ORDERED** to file their response or reply apprising the Court of the sufficiency of plaintiff's discovery responses, as well as any request to withdraw their motion to compel and for mandatory fees, **within 14 days** of service of this Order.

**SO ORDERED,** this  18th  day of April, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA