# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VANESSA COOPER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV418-131 |
| | ) |
| PIERCE PLAZA, LLC, d/b/a | ) |
| Hampstead Oaks Apts. *and* | ) |
| MARTIN H. BAILEY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a certificate of service indicating that she has fully supplemented her discovery responses in compliance with the Court's Order. Doc. 34. Defendants are **ORDERED**, within 14 days of service of this Order, to withdraw or renew their motion for mandatory fees pursuant to Fed. R. Civ. P. 26 & 37 (doc. 23), given plaintiff's good faith attempt to comply while proceeding *pro se*.

**SO ORDERED,** this __10th__ day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA