# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VANESSA COOPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV418-131 |
| PIERCE PLAZA, LLC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

Defendants in this case filed a Motion to Compel on March 18, 2019, requesting supplementation of plaintiff's discovery responses and sanctions for failure to provide those responses. Doc. 23. On May 13, 2019, the Court entered an order granting in part that motion and deferring ruling on the simultaneously requested sanctions pending supplementation of the discovery. Doc. 33. Defendants have now filed a renewed motion to compel discovery and request for sanctions. Doc. 36. Accordingly, the Court **DISMISSES** the previously filed motion (doc. 23) as **MOOT**. The Court will address the renewed motion to compel in a separate order.

**SO ORDERED,** this 26th day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA