# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| VANESSA COOPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-131 |
| | ) | |
| PIERCE PLAZA, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants having filed their notice of settlement in this case, doc. 38, the Clerk is **DIRECTED** to **TERMINATE** their renewed motion to compel and for sanctions, doc. 36, as moot.

**SO ORDERED,** this __3rd__ day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA