IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

VANESSA COOPER,                )
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )  CASE NO. CV418-131
PIERCE PLAZA, LLC d/b/a        )
Hampstead Oaks Apartments,     )
and MARTIN H. BAILEY,          )
                               )
    Defendants.                )
                               )

O R D E R

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 40.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA